# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2011

Rehearing No. 579

6 November 2010

139541-2 & (82)
139544-5 & (82)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GREAT WOLF LODGE OF TRAVERSE
CITY, L.L.C.,
      Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Defendant-Appellant,
and

CHERRYLAND ELECTRIC COOPERATIVE,
      Defendant-Appellee.
_____/

SC: 139541-2
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC: U-14593

GREAT WOLF LODGE OF TRAVERSE
CITY, L.L.C.,
      Plaintiff-Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Defendant-Appellee,
and

CHERRYLAND ELECTRIC COOPERATIVE,
      Defendant-Appellant.
_____/

SC: 139544-5
COA: 281398, 281404
Ingham CC: 06-001484-AA
MPSC: U-14593

On order of the Court, the motion to intervene or to file brief amicus curiae is considered. The motion to intervene is DENIED. The motion for leave to file brief amicus curiae is GRANTED. The motion for rehearing is considered, and it is DENIED.

MARKMAN, J. (*dissenting*).

I respectfully dissent. For the reasons stated in my dissenting opinion in this case, 489 Mich 46 (2011), I would grant plaintiff's motion for rehearing, and vacate that part of the Court of Appeals' decision holding that Cherryland Electric Cooperative may be entitled to provide electricity services to plaintiff. I do not believe this is in accord with the law of our state. Rather, pursuant to Mich Admin Code, R 460.3411, once all the buildings on plaintiff's property had been demolished, Cherryland no longer had any "customer" on such property, and thus its "entitle[ment] to serve the entire electric load on the premises of that customer" was extinguished. I would then remand to the trial court for further proceedings.

HATHAWAY and ZAHRA, JJ., join the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2011

_____
Clerk

t0621